McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
  *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN McCLEAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a Foreign Limited - Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00063-GMN-MDC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Stephen McClean and Defendant GEICO Casualty Company ("GEICO"), by and through their respective counsel of record, hereby stipulate to stay discovery until after this Court's ruling on Defendant's Motion to Dismiss (Doc. 7). The parties believe that conducting discovery that specifically concerns Plaintiff's extra-contractual claims at this time would not be in the best interests of the parties. The parties believe that a stay of discovery is appropriate in this case under the two-step analysis in *Scharder v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021). In addition, a stay would accomplish the objectives of Rule 1: a just, speedy, and inexpensive determination of the action. Fed. R. Civ. P. 1. It is possible that the Court

will grant Defendant's Motion, making all such discovery moot.  However, absent a stay the parties would be compelled to conduct this discovery on the extra-contractual causes of action that are the subject of the pending Motion, in order to meet applicable discovery deadlines.  The parties further stipulate that they will submit a proposed discovery plan and scheduling order within twenty-one (21) days of the entry of the Court's ruling on Defendant's Motion to Dismiss (Doc. 7).

## **ORDER**

IT IS HEREBY ORDERED that discovery in this case is stayed until after the entry of this Court's ruling on Defendant's Motion to Dismiss (Doc. 7).

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated:  March 8, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Chenelle L. Jackson, Nevada Bar No. 15750
Attorneys for GEICO Casualty Company

Dated:  March 8, 2024

THE702FIRM INJURY ATTORNEYS

By:  /s/ Matthew P. Pawlowski
Michael C. Kane, Nevada Bar No. 10096
Bradley J. Myers, Nevada Bar No. 8857
Matthew P. Pawlowski, Nevada Bar No. 9889
Attorneys for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

DATED this 11th day of March, 2024

By _____
UNITED STATES MAGISTRATE JUDGE

9733360.1 9731183.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2024, a true and correct copy of **STIPULATION AND ORDER TO STAY DISCOVERY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP