McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
   *sean.cortney@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN McCLEAN, an individual, | Case No. 2:24-cv-00063-GMN-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE DISMISSAL** |
| GEICO CASUALTY COMPANY, a Foreign Limited - Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

·IT IS HEREBY STIPULATED by Plaintiff STEPHEN McCLEAN, by and through his counsel of record, and Defendant GEICO CASUALTY COMPANY, by and through its counsel of record that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:24-cv-00063-GMN-MDC
STIPULATION AND ORDER RE DISMISSAL

Re: <u>McClean v. GEICO, et al.</u>
Case No. 2:24-cv-00063-GMN-MDC

Each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 13, 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Sean E. Cortney, Nevada Bar No. 16218
Attorneys for GEICO Casualty Company

Dated: August 13, 2024

THE702FIRM INJURY ATTORNEYS

By: [signature]
Michael C. Kane, Nevada Bar No. 10096
Bradley J. Myers, Nevada Bar No. 8857
Matthew P. Pawlowski, Nevada Bar No. 9889
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

DATED this 20 day of August, 2024

By: [signature]
UNITED STATES DISTRICT JUDGE

10167745.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8037 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2   Case No. 2:24-cv-00063-GMN-MDC
STIPULATION AND ORDER RE DISMISSAL